**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **WAYNE CONRAD THOMPSON**,<br><br>Petitioner,<br><br>v.<br><br>**SHERIFF NICOLE MORRISEY O'DONNELL**,<br><br>Respondent. | Case No. 3:26-cv-241-JE<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge John Jelderks issued Findings and Recommendation in this case on July 17, 2026. Judge Jelderks recommended that this Court deny Petitioner's Urgent Motion for Federal Injunction, ECF 15, and dismiss his Petition for Writ of Habeas Corpus, ECF 1, because it is moot. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act],

intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews the Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Jelderks's Findings and Recommendation, ECF 21. The Court DENIES Petitioner's Urgent Motion for Federal Injunction, ECF 15, and DISMISSES Petitioner's Petition for Writ of Habeas Corpus, ECF 1, because it is moot.

The Court further finds that any appeal from this Order would be "frivolous" as that term is used in 28 U.S.C. § 1915(e)(2) and thus would not be taken in "good faith" as that term is used in the statute. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, Plaintiff's *in forma pauperis* status should be revoked.

**IT IS SO ORDERED.**

DATED this 13th day of October, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge